Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>C AND C CONCRETE, INC., a California corporation; and JOSE R. HERRERA, JR., an individual,<br><br>Defendant. | Case No.: CV 10 3344 LB<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     November 18, 2010<br>Time:    1:30 p.m.<br>Ctroom: 4, Oakland<br>             Hon. Laurel Beeler |

**STATEMENT**

Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") on July 29, 2010, seeking to recover past due employee fringe benefit contributions on behalf of C and C Concrete, Inc.'s covered employees.

1 | Defendants were served on August 6, 2010. Defendants failed to file a responsive
2 | pleading. On September 3, 2010 Plaintiffs filed their Request For Clerk's Entry of Default. On
3 | September 8, 2010 The Request for Clerk's Entry of Default was granted.

4 | Recently, Defendants have been in direct negotiations with the Plaintiffs in an attempt to
5 | resolve the matter prior to further litigation. Plaintiffs respectfully request that this Court allow
6 | the parties an additional 30 days to attempt to settle the case.

7 | Based on the above, Plaintiffs respectfully request that this Court continue the Case
8 | Management Conference for 30 days at which time either Plaintiffs can report to the Court that
9 | the case is settled or Plaintiffs will file their Motion for Default Judgment.

10 | DATED: November 10, 2010

11 | BULLIVANT HOUSER BAILEY PC

13 | By *Ronald L. Richman* (signature)
Ronald L. Richman
14 | Susan J. Olson

15 | Attorneys for Plaintiffs

16 | **ORDER**

17 | Pursuant to Plaintiffs' request and good cause appearing:

18 | IT IS HEREBY ORDERED that the Case Management Conference be continued to
19 | January 13, ~~2010~~ 2011, Courtroom 4, Oakland at 1:30 p.m. The parties shall file a joint CMC statement by 1/6/11.

20 | DATED: November 10, 2010

22 | By _____
HON. LAUREL BEELER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

24 | 12931603.1

— 2 —
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON