Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>C AND C CONCRETE, INC., a California corporation; and JOSE R. HERRERA, JR., an individual,<br><br>Defendant. | Case No.: CV 10 3344 LB<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     January 13, 2011<br>Time:    1:30 p.m.<br>Ctroom: 4, Oakland<br>            Hon. Laurel Beeler |

## STATEMENT

Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") on July 29, 2010, seeking to recover past due employee fringe benefit contributions on behalf of C and C Concrete, Inc.'s covered employees.

1 | Defendants were served on August 6, 2010. Defendants failed to file a responsive pleading. On September 3, 2010 Plaintiffs filed their Request For Clerk's Entry of Default. On September 8, 2010 The Request for Clerk's Entry of Default was granted.

Defendants and Plaintiffs continue to participate in direct negotiations in an attempt to resolve the matter prior to further litigation. Plaintiffs respectfully request that this Court allow the parties an additional 30 days to attempt to settle the case.

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for 30 days at which time either Plaintiffs can report to the Court that the case is settled or Plaintiffs will file their Motion for Default Judgment.

DATED: January 5, 2011

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __March 10__, 2011, Courtroom 4, Oakland at 1:30 p.m. The parties shall file a joint CMC statement no later than 7 days prior to the continued case management conference.

DATED: January _6_, 2011

By _____
HON. LAUREL BEELER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*

13035251.1

– 2 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON