UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> C AND C CONCRETE INC., *et al.*, <br><br> Defendants. | No. C 10-03343 LB |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> C AND C CONCRETE INC., *et al.*, <br><br> Defendants. | No. C 10-03344 LB <br><br> **ORDER TO SHOW CAUSE** |

Plaintiffs in the above captioned cases filed motions for default judgment and noticed the motions for hearings on the court's calendar for March 17, 2011 at 11:00 a.m.  No. C 10-03343 LB, ECF No. 14; No. C 10-03344 LB, ECF No. 14.  Plaintiffs' counsel did not appear at the hearing. Accordingly, either Ronald L. Richman or Susan J. Olson, counsel for Plaintiffs in these cases, is

1  ordered to appear in Courtroom 4, 3rd Floor, located at 1301 Clay Street, Oakland, California on
2  March 31, 2011 at 11:00 a.m. to show cause why this action should not be dismissed for counsels'
3  failure to appear at the hearing on their motions for default judgment.  Plaintiffs' counsel should also
4  be prepared to discuss the merits of their motions for default judgment in the above captioned cases
5  at the March 31, 2011 hearing.

6  **IT IS SO ORDERED.**

7  Dated: March 18, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03343 LB; C 10-03344 LB
ORDER TO SHOW CAUSE