Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> C AND C CONCRETE, INC., a California corporation; and JOSE R. HERRERA, JR., an individual, <br><br> Defendant. | Case No.: CV 10 3344 LB <br><br> **STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants, on the other hand, through their respective counsel, that the Clerk's Entry of

/ / /

/ / /

– 1 –
STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT; ORDER THEREON

Default filed on August 17, 2011 be vacated because Defendants have filed their Answer.

DATED: August 24, 2011

BULLIVANT HOUSER BAILEY PC

By /s/
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: August 24, 2011

LAW OFFICE OF SCOTT L. WOODALL

By /s/
Scott L. Woodall

Attorneys for Defendants

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that the Clerk's Entry of Default entered on August 17, 2011 is hereby vacated.

DATED: August 31, 2011

By
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

13504016.1