UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C AND C CONCRETE, INC., et al.<br><br>Defendants. | No. C 10-03344 LB<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' COUNSEL'S AMENDED MOTION TO WITHDRAW**<br><br>[Re: ECF No. 61] |

On April 24, 2012, Defendants' counsel, Scott Woodall, filed an amended motion to withdraw as counsel. Amended Motion, ECF No. 61. He noticed it for hearing two days later, on April 26, 2012. *Id*.

The court CONTINUES the hearing on his Amended Motion to June 7, 2012. The briefing dates remain the same – that is, Plaintiffs shall file any opposition or statement on non-opposition by May 8, 2012, and Mr. Woodall shall file any reply by May 15, 2012. *See* N.D. Cal. L.R. 7-3.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03344
ORDER CONTINUING MOTION HEARING