1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

8      UNITED STATES  DISTRICT COURT

9            Northern District of California

10              San Francisco Division

11  | BOARD OF TRUSTEES OF THE            No. C 10-03344 LB
        LABORERS HEALTH AND WELFARE
12    TRUST FUND FOR NORTHERN
        CALIFORNIA, et al.,                  **ORDER VACATING PRETRIAL**
13                                            **CONFERENCE AND TRIAL DATES**
                    Plaintiffs,               **AND SETTING FURTHER CASE**
14                                            **MANAGEMENT CONFERENCE**
          v.
15                                            [Re: ECF Nos. 69, 74]
      C & C CONCRETE, INC., et al.,
16
                    Defendants.
17    _____/

18      On July 31, 2012, Plaintiff dismissed defendant Jose Herrera from this action.  ECF No. 69.  On

19   September 2012, the court struck defendant C & C Concrete, Inc.'s ("C & C Concrete") answer and

20   invited Plaintiffs to seek C & C Concrete's default and to proceed with a motion for default

21   judgment.  ECF No. 74.  In light of these developments, the court **VACATES** the current pretrial

22   conference and trial dates (October 4, 2012 and October 15, 2012, respectively), and **SETS** a Further

23   Case Management Conference for December 13, 2012 at 10:30 a.m. in Courtroom C, 15th Floor,

24   United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

25      **IT IS SO ORDERED.**

26   Dated: September 20, 2012      _____

27                                   LAUREL BEELER
                                     United States Magistrate Judge
28

C 10-03344 LB
ORDER